UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>YORKSHIRE MANOR NO. 1 ASSOCIATION, STRADA PROPERTIES, LLC.,<br><br>　　　　　　　　　　Defendants. | Case No. 3:16-cv-00475-MMD-WGC<br><br>ORDER |

Pursuant to 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General for the State of Nevada that Plaintiff Bank of America, N.A. has drawn into question the constitutionality of NRS § 116 *et. seq.* The Clerk is directed to serve a copy of this certification order on the Nevada Attorney General.

DATED THIS 11th day of August 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE