MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> YORKSHIRE MANOR I HOMEOWNERS ASSOCIATION; STRADA PROPERTIES, LLC, <br><br> Defendants. | Case No.: 3:16-cv-00475-MMD-WGC <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO STRADA PROPERTIES, LLC'S MOTION FOR SUMMARY JUDGMENT** <br><br> **(FIRST REQUEST)** |
| STRADA PROPERTIES, LLC, <br><br> Counterclaimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A. <br><br> Counter-Defendant. | |

Plaintiff and counter-defendant Bank of America, N.A., (**BANA**), defendant and counter-claimant Strada Properties, LLC (**Strada**), by and through counsel, stipulate and agree as follows:

The parties agree to extend the deadline for BANA to file its Response to Strada's Motion to for Summary Judgment [ECF No. 49, filed on March 5, 2018] from March 26, 2018, to **April 2, 2018**. An extension is necessary to afford BANA the opportunity to adequately respond to Strada's

44437696;1

motion for summary judgment and to address current time constraints on BANA's counsel.

This is the first request related to BANA's response and the 7-day extension is not submitted for the purpose of delay or to cause undue prejudice to any party.

DATED this 19th day of March, 2018.

| **AKERMAN LLP** | **WALSH, BAKER & ROSEVEAR** |
|---|---|
| */s/ Vatana Lay, Esq.* | */s/ James M. Walsh, Esq.* |
| Melanie D. Morgan, Esq. | James M. Walsh, Esq. |
| Nevada Bar No. 8215 | Nevada Bar No. 796 |
| Vatana Lay, Esq. | 9468 Double R. Blvd., Suite A |
| Nevada Bar No. 12993 | Reno, Nevada 89521 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, Nevada 89134 | *Attorneys for Defendant/Counterclaimant Strada Properties, LLC* |
| *Attorneys for Plaintiff/Counterdefendant Bank of America, N.A.* | |

**IT IS SO ORDERED:**

DATED: March 20, 2018

_____
U.S. DISTRICT JUDGE

2

44437696;1