GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: gaylekern@kernltd.com
Email: karenayarbe@kernltd.com
*Attorneys for Yorkshire Manor I Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>Plaintiff,<br><br>v.<br><br>YORKSHIRE MANOR I HOMEOWNERS ASSOCIATION; STRADA PROPERTIES, LLC,<br><br>Defendants.<br>_____/ | Case No.: 3:16-cv-00475-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR YORKSHIRE MANOR I HOMEOWNERS ASSOCIATION TO OPPOSE BANK OF AMERICA, N.A.'S MOTION FOR SUMMARY JUDGMENT AND DEADLINE FOR REPLY**<br><br>[*First Request*] |

***IT IS HEREBY STIPULATED*** between Plaintiff Bank of America, N.A. ("BANA"), by and through its counsel of record, Akerman LLP, and Defendant, Yorkshire Manor I Homeowners Association (the "Association"), by and through its counsel Kern & Associates, Ltd., to extend the deadline for the Association to file its opposition to BANA's April 4, 2018 Motion for Summary Judgment ("MSJ" at Doc 55) from April 25, 2018 up to and including to May 9, 2018.

***IT IS HEREBY FURTHER STIPULATED*** that BANA shall have up to and including May 23, 2018 to file its Reply.

The undersigned counsel for BANA and the Association request this extension of time and modification of the briefing deadlines in order to coordinate with counsels' respective

schedules in the evaluation and preparation of the necessary responses. This is the parties' first request and is not intended to cause any delay or prejudice to any party.

DATED this 25th day of April, 2018.        DATED this 25th day of April, 2018.

***KERN & ASSOCIATES, LTD.***              ***AKERMAN, LLP***

*/s/ Karen M. Ayarbe, Esq.*                */s/ Vatana Lay, Esq.*
KAREN M. AYARBE, ESQ.                      Melanie Morgan, Esq.
Nevada Bar No. 3358                        Nevada Bar No. 8215
5421 Kietzke Lane, Ste. 200                Vatana Lay, Esq.
Reno, NV 89511                             Nevada Bar No. 12993
Tel: (775) 324-5930                        1635 Village Center Circle, Suite 200
Fax: (775) 324-6173                        Las Vegas, NV 89134
*Attorneys for Defendant, Yorkshire Manor* Tel: (702) 634-5000
*I Homeowners Association*                 Fax: (702) 380-8572
                                           *Attorney for Plaintiff,*
                                           *Bank of America, N.A.*

## **ORDER**

***IT IS SO ORDERED***.

DATED this  25th day of April 2018.

_____
UNITED STATES DISTRICT JUDGE

***Respectfully Submitted By:***

*/s/ Karen M. Ayarbe, Esq.*
KAREN M. AYARBE, ESQ.
*Attorneys for Yorkshire Manor I HOA*

# CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure 5(b), I certify that on the 25th day of April, 2018, I served via the CM/ECF electronic filing system, and in accord with Local Rule IC 4-1(b) of the United States District Court for the District of Nevada, a true and correct copy of the ***STIPULATION AND ORDER TO EXTEND DEADLINE FOR YORKSHIRE MANOR I HOMEOWNERS ASSOCIATION TO OPPOSE BANK OF AMERICA, N.A.'S MOTION FOR SUMMARY JUDGMENT AND DEADLINE FOR REPLY (first request)*** to the attorneys associated with this case.

| | |
|---|---|
| **VATANA LAY** | vatana.lay@akerman.com |
| | tracey.wayne@akerman.com |
| | brieanne.siriwan@akerman.com |
| | |
| **MELANIE D MORGAN** | melanie.morgan@akerman.com |
| | jennifer.richardson@akerman.com |
| | erin.abugow@akerman.com |
| | akermanlas@akerman.com |
| | tracey.wayne@akerman.com |
| | allen.stephens@akerman.com |
| | |
| **JAMES M WALSH** | jmwalsh@wbrl.net |
| | dvollmer@wbrl.net |

                                                */s/ Teresa A. Gearhart*_____
                                                An Employee of Kern & Associates, Ltd.