GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: gaylekern@kernltd.com
Email: karenayarbe@kernltd.com
*Attorneys for Yorkshire Manor I Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A. | Case No.: 3:16-cv-00475-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR YORKSHIRE MANOR I HOMEOWNERS ASSOCIATION TO REPLY TO BANK OF AMERICA, N.A.'S OPPOSITION TO JOINDER TO DEFENDANT STRADA PROPERTIES, LLC'S MOTION FOR SUMMARY JUDGMENT (ECF 53) AND MOTION FOR SUMMARY JUDGMENT (ECF 54)** |
| v. | |
| YORKSHIRE MANOR I HOMEOWNERS ASSOCIATION; STRADA PROPERTIES, LLC, | |
| Defendants. | |
| | [*First Request*] |

***IT IS HEREBY STIPULATED*** between Plaintiff Bank of America, N.A. ("BANA"), by and through its counsel of record, Akerman LLP, and Defendant, Yorkshire Manor I Homeowners Association (the "Association"), by and through its counsel Kern & Associates, Ltd., to extend the deadline for the Association to file its reply to BANA's Opposition to the Association's Joinder to Defendant Strada Properties, LLC's Motion for Summary Judgment (ECF 53) and Motion for Summary Judgment (ECF 54) from May 7, 2018 up to and including to May 14, 2018.

///

An extension is necessary to address current time and scheduling constraints on Association's counsel.

This is the first request related to the Association's replies and is not submitted for delay or to cause undue prejudice to any party.

DATED this 4th day of May, 2018.          DATED this 4th day of May, 2018.

***KERN & ASSOCIATES, LTD.***              ***AKERMAN, LLP***

*/s/ Karen M. Ayarbe, Esq.*                */s/ Vatana Lay, Esq.*
KAREN M. AYARBE, ESQ.                      Vatana Lay, Esq.
Nevada Bar No. 3358                        Nevada Bar No. 12993
5421 Kietzke Lane, Ste. 200                Melanie D. Morgan, Esq.
Reno, NV 89511                             Nevada Bar No. 8215
Tel: (775) 324-5930                        1635 Village Center Circle, Ste. 200
Fax: (775) 324-6173                        Las Vegas, NV 89134
*Attorneys for Defendant,*                 Tel: (702) 634-5000
*Yorkshire Manor I*                        Fax: (702) 380-8572
*Homeowners Association*                   *Attorney for Plaintiff,*
                                           *Bank of America, N.A.*

## **ORDER**

***IT IS SO ORDERED***.

DATED this 7th day of May 2018.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted By:*

*/s/ Karen M. Ayarbe, Esq.*
KAREN M. AYARBE, ESQ.
*Attorneys for Defendant,*
*Yorkshire Manor I Homeowners Association*

# CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure 5(b), I certify that on the 4th day of May, 2018, I served via the CM/ECF electronic filing system, and in accord with Local Rule IC 4-1(b) of the United States District Court for the District of Nevada, a true and correct copy of the ***STIPULATION AND ORDER TO EXTEND DEADLINE FOR YORKSHIRE MANOR I HOMEOWNERS ASSOCIATION TO REPLY TO BANK OF AMERICA, N.A.'S OPPOSITION TO JOINDER TO DEFENDANT STRADA PROPERTIES, LLC'S MOTION FOR SUMMARY JUDGMENT (ECF 53) AND MOTION FOR SUMMARY JUDGMENT (ECF 54) (first request)*** to the attorneys associated with this case.

| | |
|---|---|
| **VATANA LAY** | vatana.lay@akerman.com<br>jennifer.richardson@akerman.com<br>erin.abugow@akerman.com<br>tracey.wayne@akerman.com<br>brieanne.siriwan@akerman.com<br>akermanlas@akerman.com |
| **MELANIE D MORGAN** | melanie.morgan@akerman.com<br>jennifer.richardson@akerman.com<br>erin.abugow@akerman.com<br>akermanlas@akerman.com<br>tracey.wayne@akerman.com |
| **JAMES M WALSH** | jmwalsh@wbrl.net<br>awalsh@wbrl.net<br>rfaddis@wbrl.net<br>dvollmer@wbrl.net |

*/s/ Christine A. Lamia*
An Employee of Kern & Associates, Ltd.