

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. - RM 1334
LAS VEGAS, NV 89101

___ RECEIVED ___ FILED
___ SERVED ON ___ ENTERED
COUNSEL/PARTIES OF RECORD

MAY 14 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

OFFICIAL BUSINESS

NIXIE   891   FE 1   1700   0005/11/18
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 89101706934    *0779-08768-07-41*

R1 /2051

LAS VEGAS NV 890
07 MAY '18
PM 4 L

Hasler   05/07/2018
US POSTAGE  $00.47
ZIP 89101
011D11641426

Duston Omar Miller  2857309
Clark County Detention Center
330 S Casino Center Blvd
Las Vegas, NV 89101-6102

5/8/18

# Judgments, Minute Orders/Orders & Writs
2:16-cv-02051-RFB-GWF Miller v. Hubbard

United States District Court

District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 5/7/2018 at 9:10 AM PDT and filed on 5/4/2018
**Case Name:** Miller v. Hubbard
**Case Number:** 2:16-cv-02051-RFB-GWF
**Filer:**
**Document Number:** 27

**Docket Text:**
ORDER that [21] Report and Recommendation is ACCEPTED and ADOPTED in full. FURTHER ORDERED that Plaintiffs Fourteenth Amendment Due Process claim isDISMISSED with prejudice for failure to state a claim upon which relief may is GRANTED. Signed by Judge Richard F. Boulware, II on 5/4/2018. (Copies have been distributed pursuant to the NEF - MMM)

**2:16-cv-02051-RFB-GWF Notice has been electronically mailed to:**

Lyssa S Anderson    landerson@kcnvlaw.com, gmuscari@kcnvlaw.com, rdaniels@kcnvlaw.com, wapplegate@kcnvlaw.com

Ryan W. Daniels    RDaniels@kcnvlaw.com

**2:16-cv-02051-RFB-GWF Notice has been delivered by other means to:**

Duston Omar Miller
2857309
Clark County Detention Center
330 South Casino Center
Las Vegas, NV 89101

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=5/7/2018] [FileNumber=8700854-0]
[3cc30bb24d1ca3b3c74e15f0010503c797217bff7e3a82f0c01c12f4197a45dd674c
790d537440b3822c7a3e7a412c0b759f0f9b81d72e177f8c2055f5e68e2b]]