UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br> v. <br> YORKSHIRE MANOR I HOMEOWNERS ASSOCIATION, *et al.*, <br><br> Defendants. | Case No. 3:16-cv-00475-MMD-WGC <br><br> ORDER |

This dispute arises from the foreclosure sale of property to satisfy a homeowners' association lien. The Court granted summary judgment in favor of Plaintiff Bank of America, N.A. ("BANA") on its quiet title and declaratory relief claims and on Defendant Strada Properties, LLC's ("Strada") counterclaim to quiet title. (ECF No. 74 at 11.) The Court directed BANA to file a status report to indicate whether it intends to pursue its remaining wrongful foreclosure claim. (*Id.*) In the status report, BANA requests that the Court either (1) certify the judgment as final under Fed. R. Civ. P. 54(b) and stay the remaining wrongful foreclosure claim pending any appeal or, alternatively, (2) deem BANA's wrongful foreclosure claim moot to allow the claim to be revived if judgment is reversed on appeal. (ECF No. 78 at 1.) The Court will grant BANA's alternative requested relief.

It is therefore ordered that BANA's wrongful foreclosure claim is dismissed as moot.

It is further ordered that the Clerk of the Court enter judgment in favor of BANA declaring that the foreclosure sale at issue in this case did not extinguish BANA's first deed of trust. The Clerk of the Court also is directed to close this case.

DATED THIS 11th day of February 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE