MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 3:16-cv-00475-MMD-WGC |
| Plaintiff, | |
| v. | |
| YORKSHIRE MANOR I HOMEOWNERS ASSOCIATION; STRADA PROPERTIES, LLC; | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| Defendants. | |

PLEASE TAKE NOTICE that Scott R. Lachman, Esq. of the law firm of Akerman LLP, hereby withdraws as counsel of record for Plaintiff Bank of America, N.A., and should be removed from the Court's service list with respect to the above referenced action.

…

…

…

…

…

…

…

…

1

48285671;1

Akerman LLP continues to serve as counsel for Bank of America, N.A in this action. All future correspondence, papers and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and Tenesa S. Powell, Esq.

DATED March 13, 2019.

**AKERMAN LLP**

*/s/ Scott R. Lachman*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff Bank of America, N.A.*

IT IS SO ORDERED.

DATED: March 14, 2019.

William G. Cobb
UNITED STATES MAGISTRATE JUDGE

48285671;1